UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| SCOTT EVERS, *et al.*, | ) | |
| | ) | |
| *Plaintiffs*, | ) | Case No. 3:25-cv-199 |
| | ) | |
| v. | ) | Judge Atchley |
| | ) | |
| TENNESSEE DEPARTMENT OF CHILDREN'S SERVICES, *et al.*, | ) ) | Magistrate Judge Poplin |
| | ) | |
| *Defendants*. | ) | |

## ORDER

On September 4, 2025, United States Magistrate Judge Debra C. Poplin filed a Report and Recommendation [Doc. 24] pursuant to 28 U.S.C. § 636 and the Rules of this Court. The Magistrate Judge recommends the Court dismiss the Amended Complaint [Doc. 3] for failure to state a claim in accordance with 28 U.S.C. § 1915. Plaintiffs have not filed an objection to the Report and Recommendation, and the time for doing so has since expired.[1] The Court has nonetheless reviewed the Report and Recommendation, as well as the record, and agrees with Magistrate Judge Poplin's well-reasoned conclusions.

Accordingly, the Court **ACCEPTS** and **ADOPTS** Magistrate Judge Poplin's findings of fact and conclusions of law as set forth in the Report and Recommendation [Doc. 24]. The Amended Complaint [Doc. 3] is hereby **DISMISSED**. A separate judgment will enter. There being no more matters to resolve, the Clerk is **DIRECTED** to close the file.

---

[1] Magistrate Judge Poplin advised that the parties had 14 days in which to object to the Report and Recommendation and that failure to do so would waive any right to appeal. [Doc. 24 at 19 n.9]; *see* FED. R. CIV. P. 72(b)(2); *see also Thomas v. Arn*, 474 U.S. 140, 148–51 (1985) ("It does not appear that Congress intended to require district court review of a magistrate judge's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings.").

**SO ORDERED.**

*/s/ Charles E. Atchley, Jr.*
**CHARLES E. ATCHLEY, JR.
UNITED STATES DISTRICT JUDGE**